UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION – BAY CITY

IN RE:

ELIZABETH PEREZ,
    Debtor.
_____/

Case No. 22-20716-dob
Chapter 13 Proceeding
Hon. Daniel S. Opperman

ORDER PARTIALLY GRANTING MOTION TO COMPEL COMPLIANCE WITH
TITLE 11 OF THE UNITED STATES CODE, DISGORGE OVERPAYMENT OF FUNDS,
AWARD DAMAGES, AND COMPEL COMPLIANCE WITH
<u>MICHIGAN RULES OF PROFESSIONAL RESPONSIBILITY</u>

For the reasons stated in the Court's Opinion Partially Granting Motion To Compel Compliance with Title 11 of the United States Code, Disgorge Overpayment of Funds, Award Damages, and Compel Compliance with Michigan Rules of Professional Responsibility;

WHEREFORE, IT IS HEREBY ORDERED that Debtor's above-titled Motion is GRANTED IN PART, and the Court awards $720.00 of attorney fees in favor of Ms. Perez and against Habitat for Humanity. The remaining attorney fees of $6,839.78 and costs of $3.67 are awarded to Marrs & Terry and are to be paid by the Chapter 13 Trustee.

**Signed on August 23, 2023**



/s/ **Daniel S. Opperman**
**Daniel S. Opperman**
**United States Bankruptcy Judge**

1